IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01242-BNB

MALACHI Z. YORK, a.k.a. DWIGHT D. YORK,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
ROBERT WILEY,
BLAKE R. DAVIS,
DAVID ALLRED,
R. CAMACHO,
NONA GLADBACH,
S. NAFZIGER,
RICK STALLKAMP,
BRENDA VANAMAN,
SHAWN ROGERS, and
LAWRENCE LEYBA,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if appropriate, to a **magistrate** judge.

DATED May 6, 2014, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge