IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01242-CMA -MJW

MALACHI Z. YORK, also known as DWIGHT D. YORK,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendant's Unopposed Motion to Stay Discovery (Docket No. 49) is granted.  Discovery in this matter as well as the dispositive motion deadline are stayed until final ruling by Judge Arguello on the motion to dismiss (Docket No. 35) and the motion for summary judgment (Docket No. 41).   Recommendations on those two motions will be issued by this court in due course.

Date: February 2, 2015