**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01242-CMA-MJW

MALACHI Z. YORK,
a/k/a Dwight D. York,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment of

Judge Christine M. Arguello entered on February 27, 2015 it is

ORDERED  that Defendant's Motion for Summary Judgment (Doc. # 41) is

GRANTED. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that Defendant's Motion to Dismiss for Failure to State a Claim

(Doc. # 35) is DENIED as moot. Finally, it is

FURTHER ORDERED that Defendant shall have its costs by the filing of a Bill of

Costs with the Clerk of the Court within 10 days of the entry of judgment. However, each

party shall bear its own attorney fees.

Dated at Denver, Colorado this 27th day of February, 2015.

                                 FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  Sandra Hartmann

Sandra Hartmann
Deputy Clerk